# United States District Court
# Violation Notice

**CVB Location Code**
M9GF

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBLG003F | Norris | 2399 |

FBLG003F

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 08/10/2024 14:11 | FED 36 CFR 261.15I |

Place of Offense
Trail 414- Little Belts

Offense Description: Factual Basis for Charge
36 CFR 261.15I - OFF ROAD STATE LAWS

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Williams | Justin | M |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | | |

☐ Adult ☐ Juvenile   Sex ☐ M ☐ F   | Race | Hair | Eyes | Height | Weight |

## VEHICLE

VIN: 3jblkxj16dj000177     CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 3r700 | MT | 2013 | CANA/outlander 650 xt | | SIL |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 75.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| PAY THIS AMOUNT   $ 105.00 | Total Collateral Due |

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
125 Central Avenue West, Great Falls, Montana 59404

Date (mm/dd/yyyy)

Time (hh:mm)
09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

FBLG003F

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____08/10/2024_____ while exercising my duties as a law enforcement

officer in the _____ District of _____MT_____

Pursuant to 16USC 551:

On August 10th, 2024, at approximately 1411 hours, I, Forest Service Law Enforcement Officer Zachary NORRIS was made aware of a violation of the Travel Management Plan within the Judith-Musselshell Ranger District on the Helena-Lewis and Clark National Forest in the Judicial District of Montana. In my investigation I found Kaelen CHRISTIAN to be in violation of 36 CFR 261.13, and Justin WILLIAMS to be in violation of 36 CFR 261.13 and 36 CFR 261.15(i).

I was made aware of a motor-vehicle use violation on Trail 414 in the Little Belt Mountains. A member of the public was riding a motorcycle on single-track Trail 414, near Big Baldy Mountain when he encountered two ATVs on the trail. I was provided pictures and video footage of the encounter on Trail 414 from the reporting party. According to the travel management plan, motorcycles are the only motorized use allowed on this trail. After speaking to the reporting party, he provided me a date and time stamp of the picture he took at the time of the violation.

I contacted the Registered Owner of the ATVs- Kaelen CHRISTIAN. CHRISTIAN was riding an ATV solo, and WILLIAMS was riding the other ATV with a minor child. The minor child was not wearing protective headgear as required by Montana State law. I contacted WILLIAMS after and explained the issue and violations.

In the video, the two parties had a minor argument about the use of the trail. WILLIAMS stated in the video, 'Hiking trail only.' Neither CHRISTIAN nor WILLIAMS had a map of the area which are provided for free. They were trying to get back to Dry Wolf Campground where they were camped. I observed in the video the sign stating the regulations of Trail 414. CHRISTIAN and WILLIAMS drove past the sign.

I issued Kaelen CHRISTIAN a violation notice pursuant to 36 CFR 261.13, Operating a

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

_____08/10/2024_____                    _Zac Norris_
Date (mm/dd/yyyy)                    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:

_____
Date (mm/dd/yyyy)             U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;        PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;        CMV = Commercial vehicle involved in incident